ACCEPTED
15-25-00035-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 4:42 AM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/28/2025 4:42 AM
CHRISTOPHER A. PRINE
Clerk

**15-25-00035-CV**

Texas Fifteenth Court of Appeals

| | | |
|---|---|---|
| Steven J Stringfellow | | Texas Comptroller, Judiciary Section |
| 10160 Hwy 242 | | Asst. Atty. General Anthony Dolcefino |
| Ste 800-4117 | <~v~> | P.O. Box 12548, Capitol Station |
| Conroe, TX 77385-4379 | | Austin, Texas 78711-2548 |
| (512) 571-2036 | | (512) 936-1327 |
| TheFederalExitParty@gmail.com | | Anthony.Dolcefino@oag.texas.gov |

## Motion to Amend

1.      Upon reviewing the original complaint the Plaintiff has noticed errors regarding grammar and syntax as well as two dates that were confused as well as the need to clarify more precisely the relief requested as being for monetary compensation and also for injunction towards the completion of the application in question's approval by the Defendant in order to secure such in the official records of the State for future purposes.

2.      Motion to amend is being submitted in accordance with appellate law considering that such would benefit the processing of this case being free of processive error, for the amendments have not altered the claims, relief or subject matter of the original complaint otherwise.

---

I, Plaintiff Steven J Stringfellow, hereby certify that all of the foregoing is true and correct under penalty of law.

Statefully Submitted,

_____  Dated: ___03/01/2025___

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

---------------------------------------------------------------------------------------------------------------------

## Certificate of Service
_____

I certify that a copy hereof has been furnished towards:

Texas Comptroller Judiciary Section
111 E. 17th St.
Austin, TX 78711
(512) 936-5985
Adam.Fellows@cpa.texas.gov
Elena.Bendea@cpa.texas.gov

Texas Office of the Attorney General
300 W. 15th Street
Austin, TX 78701
(512) 463-2100
Anthony.Dolcefino@oag.texas.gov
Sarah.Orr@oag.texas.gov

Return service to:

Steven J Stringfellow
10160 Hwy 242
Ste 800-4117
Conroe, TX 77385-4379
(512) 571-2036
thefederalexitparty@gmail.com

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98996714
Filing Code Description: Motion - Exempt
Filing Description: Motion for Amendment
Status as of 3/28/2025 7:08 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Atty General | | Anthony.Dolcefino@oag.texas.gov | 3/28/2025 4:42:21 AM | SENT |